**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LAWAYNE NATT,                                                                                                    PLAINTIFF
ADC # 119599

v.                                              No. 1:16CV00107-JLH-JJV

CALVIN FORD, Sergeant,
Grimes Unit; *et al.*                                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Bradley is DISMISSED without prejudice.

2. Plaintiff's Motion for a Temporary Restraining Order is DENIED. Document #4.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 19th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE