**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LAWAYNE NATT                                                                                            PLAINTIFF

v.                                        No. 1:16CV00107-JLH-JJV

CALVIN FORD, Sergeant,
Grimes Unit; *et al.*                                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Neal's Motion for Summary Judgment (Doc. No. 71) is GRANTED and Defendant Neal is DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 2nd day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE