# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LAWAYNE NATT                                              PLAINTIFF

v.                    No. 1:16CV00107 JLH

HOWARD, Sergeant, Grimes Unit                            DEFENDANT

## **ORDER**

The plaintiff's motion to dismiss this action is GRANTED. Document #81. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 27th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE